UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOYCE D. WILLIAMS,

        Plaintiff,

    v.

PFIZER, INC., *et al.*,

        Defendants.

Cause No. C20-1242RSL

ORDER STAYING CASE

This matter comes before the Court on the "Joint Motion to Stay Proceedings Pending Mediation" submitted by the parties in the above-captioned matter. Dkt. # 25. Having reviewed the record and the stipulation of the parties, the Court finds that a stay will promote judicial efficiency and preserve the resources of the litigants without unduly prejudicing either party's interests. 5A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1360 (3d ed. 2004).*See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants").

For all of the foregoing reasons, this matter is hereby STAYED in its entirety, pending mediation. The Clerk of Court is directed to enter a statistical termination in this case. Such

ORDER STAYING CASE - 1

termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the completion of mediation, submit a Joint Status Report setting forth the parties' recommendations for a new trial date or, in the alternative, an anticipated schedule for achieving settlement.

Dated this 8th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING CASE - 2