UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE D. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>PFIZER, INC., PHARMACIA LLC f/k/a PHARMACIA CORPORATION, PARKE, DAVIS & COMPANY LLC as successor-in-interest of PARKE, DAVIS & COMPANY, and, WARNER-LAMBERT COMPANY LLC f/k/a WARNER-LAMBERT COMPANY,<br><br>        Defendants. | Case No. 2:20-cv-01242-RSL<br><br>**ORDER SUSPENDING PERIODIC REPORTS** |

**ORDER SUSPENDING PERIODIC REPORTS**

On March 8, 2021, the Court stayed this case at the parties' request because of planned mediation and ordered a post-mediation joint status report setting forth the parties' recommendations for a new trial date or, in the alternative, an anticipated schedule for achieving settlement. (Dkt. 26). The parties participated in a formal mediation on April 12-13, 2021, with mediator John Perry, of Perry Dampf. The parties submitted an initial Joint Mediation Status Report on April 27, 2021 (Dkt. 27), a Second Joint Mediation Status Report on May 27, 2021 (Doc. 28), a Third Joint Mediation Status Report on June 28, 2021 (Dkt. 29), a Fourth Joint Mediation Status Report on July 28, 2021 (Dkt. 30), and a Fifth Joint Mediation Status Report on August 30, 2021 (Dkt. 31).

The parties have indicated that they have reached an agreement to settle this matter along with several other cases. Although the parties indicate that they have executed a master settlement agreement, the parties state that they anticipate it will take several months to conclude the settlement details, including completion of payment and submission of releases. The parties have proposed that they file another status report on January 31, 2022, to the extent the case is still pending at that time.

Accordingly, the Court finds that periodic reporting is no longer needed. The parties shall submit a joint settlement status report on or before January 31, 2022.

Dated this 31st day of August, 2021.

Robert S. Lasnik
United States District Judge

Agreed as to form:

*s/ Robert A. Mosier*
Robert A. Mosier, admitted *Pro Hac Vice*
SANDERS PHILLIPS GROSSMAN
2860 Michelle Drive, Suite 220
Irvine, California 92630
Tel:   949.233.7002 / Fax:   888.307.7697
E-mail:  rmosier@thesandersfirm.com

AND

*s/ Connor G. Sheehan*
Connor G. Sheehan, admitted *Pro Hac Vice*
DUNN SHEEHAN LLP
3400 Carlisle Street, Suite 200
Dallas, Texas 75204
Tel:   214.866.0077 / Fax:   214.866.0070
E-mail:  csheehan@dunnsheehan.com

*Attorneys for Plaintiff Joyce Williams*

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:   206.839.4800 / Fax:   206.839.4801
E-mail:  Anthony.Todaro@us.dlapiper.com

AND

*s/ Jeffrey H. Horowitz*
Jeffrey H. Horowitz, admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel:   212.836.7572 / Fax:   212.836.8689
E-mail:  Jeffrey.Horowitz@arnoldporter.com

AND

*s/ Sharon D. Mayo*
Sharon D. Mayo, admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
10th Floor Three Embarcadero Center
San Francisco, California 94111-4024
Tel:   415.471.3296 / Fax:   415.471.3400
E-mail:  Sharon.Mayo@arnoldporter.com

AND

*s/ Daniel Meyers*
Daniel Meyers, admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Tel:   312.583.2393 / Fax:   312.583.2596
E-mail:  Daniel.Meyers@arnoldporter.com

*Counsel for Defendants Pfizer Inc.; Pharmacia LLC f/k/a Pharmacia Corporation; Parke, Davis & Company LLC as successor-in-interest of Parke, Davis & Company; and Warner-Lambert Company LLC f/k/a Warner-Lambert Company*