1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE D. WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>PFIZER, INC., PHARMACIA LLC f/k/a PHARMACIA CORPORATION, PARKE, DAVIS & COMPANY LLC as successor-in-interest of PARKE, DAVIS & COMPANY, and, WARNER-LAMBERT COMPANY LLC f/k/a WARNER-LAMBERT COMPANY,<br><br>             Defendants. | Case No. 2:20-cv-01242-RSL<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 41 - 1
Case No. 2:20-cv-01242-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joyce D. Williams ("Plaintiff") and Defendants Pfizer, Inc., Pharmacia LLC f/k/a Pharmacia Corporation, Parke, Davis & Company LLC, as successor-in-interest of Parke, Davis & Company, and Warner-Lambert Company LLC f/k/a Warner-Lambert Company ("Defendants"), jointly move this Court for an order dismissing the above captioned action with prejudice to all Defendants, with each party to bear its own costs and attorneys' fees.

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 41 - 2
Case No. 2:20-cv-01242-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800

Respectfully submitted this 3rd day of January, 2022.

| | |
|---|---|
| *s/ Jason Todd* | *s/ Anthony Todaro* |
| Robert A. Mosier, admitted *Pro Hac Vice*<br>Jason Todd, WSBA No. 52027<br>SANDERS PHILLIPS GROSSMAN<br>2860 Michelle Drive, Suite 220<br>Irvine, California 92630<br>Tel:     949.233.7002<br>Fax:    888.307.7697<br>E-mail:  rmosier@thesandersfirm.com | Anthony Todaro, WSBA No. 30391<br>Joseph Davison, WSBA No. 51264<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:     206.839.4800 / Fax:    206.839.4801<br>E-mail:  Anthony.Todaro@us.dlapiper.com<br>E-mail:  Joseph.Davison@us.dlapiper.com |
| AND | AND |
| *s/ Connor G. Sheehan* | *s/ Jeffrey H. Horowitz* |
| Connor G. Sheehan, admitted *Pro Hac Vice*<br>DUNN SHEEHAN LLP<br>3400 Carlisle Street, Suite 200<br>Dallas, Texas 75204<br>Tel:     214.866.0077<br>Fax:    214.866.0070<br>E-mail:  csheehan@dunnsheehan.com | Jeffrey H. Horowitz, admitted *Pro Hac Vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel:     212.836.7572 / Fax:    212.836.8689<br>E-mail:  Jeffrey.Horowitz@arnoldporter.com |
| *Attorneys for Plaintiff Joyce D. Williams* | AND |
| | *s/ Sharon D. Mayo* |
| | Sharon D. Mayo, admitted *Pro Hac Vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>10th Floor Three Embarcadero Center<br>San Francisco, California 94111-4024<br>Tel:     415.471.3296 / Fax:    415.471.3400<br>E-mail:  Sharon.Mayo@arnoldporter.com |
| | AND |
| | *s/ Daniel Meyers* |
| | Daniel Meyers, admitted *Pro Hac Vice*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4321<br>Tel:     312.583.2393 / Fax:    312.583.2596<br>E-mail:  Daniel.Meyers@arnoldporter.com |
| | *Counsel for Defendants Pfizer Inc.; Pharmacia LLC f/k/a Pharmacia Corporation; Parke, Davis & Company LLC as successor-in-interest of Parke, Davis & Company; and Warner-Lambert Company LLC f/k/a Warner-Lambert Company* |

**ORDER**

IT IS SO ORDERED.

Dated this 3rd day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE PURSUANT TO
RULE 41 - 4
Case No. 2:20-cv-01242-RSL

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel:  206.839.4800